In the Matter of WILLIAM E. BARBER, Appellant, against VINCENT VARNEY et al., Constituting the Board of Elections of Saratoga County, et al., Respondents.

Argued August 18, 1950; decided August 18, 1950.

*Harold E. Blodgett* and *Patrick J. Keniry* for appellant.

*James A. Leary* and *Walter A. Fullerton* for William A. Sherman, Sr., and Marjorie Dyer, respondents.

*John W. Nichols, County Attorney,* for Board of Elections of Saratoga County, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, FULD and FROESSEL, JJ. Taking no part: DYE, J.